FILED
CLERK, U.S. DISTRICT COURT

December 24, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FERNANDO L. AENLLE-ROCHA | ORDER OF THE CHIEF JUDGE<br><br>**20-195** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fernando L. Aenlle-Rocha,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stephen V. Wilson to the calendar of Fernando L. Aenlle-Rocha:

| | |
|---|---|
| 2:16-cv-04363-SVW-GJSx | Wilshire Manor Apartments, LLC v. State Farm General Insurance Company |
| 2:18-cv-08809-SVW-MRWx | Natasha Ayala v. AT and T Mobility Services, LLC, et al |
| 2:19-cv-08624-SVW-JPRx | Nika Hosseinalizadeh Noori et al v. Jaguar Land Rover North America, LLC et al |
| 2:20-cv-03764-SVW-ASx *SEALED* | Sealed v. Sealed |
| 2:20-cv-03941-SVW-RAO | Andrei Stetsky v. Kelly Mitchell Group, Inc. et al |
| 2:20-cv-05288-SVW-Ex | Norvell Fobi v. City of Los Angeles, et al |
| 2:20-cv-06801-SVW-JEMx | Sherrill Furniture Company v. Herbert D. Buttercup L.P. |
| 2:20-cv-09321-SVW-RAOx | Jersey S. Wilson v. Midland Credit Management, Inc. |
| 2:20-cv-09823-SVW-MRWx | Mark Lichtman et al v. Frank Miller et al |
| 2:20-cv-09864-SVW-KSx | Five Points Trading Corp. v. Supremas, Inc. et al |
| 2:20-cv-09967-SVW-KSx | Sergio Cervantes v. FCA US LLC, et al |
| 2:20-cv-10215-SVW-JCx | Vincent McAllister v. Citibank, N.A. et al |

In the Matter of the
Creation of Calendar for
District Judge Fernando L. Aenlle-Rocha                                                    2

| | |
|---|---|
| 2:20-cv-10264-SVW-MAA | Larry G. Philpot v. Leaf Group Ltd. |
| 2:20-cv-10626-SVW-RAOx | Fidel Hernandez v. North Main Service et al |
| 2:20-cv-10656-SVW | In re Hawkeye Entertainment, LLC |
| 2:20-cv-10911-SVW-MRWx | Los Angeles Times Communications LLC v. U.S. Department of Homeland Security et al |
| 2:20-cv-11131-SVW-PD | Michael Shawn Murphy v. Andrew Saul |
| 5:19-cv-01221-SVW-PVC | Brian Thomas Matheis v. Patrick Covello |
| 5:19-cv-02426-SVW-SP | John Amador v. Commissioner of Social Security |
| 5:20-cv-02603-SVW-SHKx | Orlando Garcia v. Ontario Lodging Associates, LLC et al |

On all documents subsequently filed in the case, please substitute the Judge initials FLA after the case number in place of the initials of the prior Judge.

DATED: December 24, 2020

_____
Chief Judge Philip S. Gutierrez