# UNITED STATES DISTRICT COURT

## Central District of California

# APPLICATION TO THE CLERK TO TAX COSTS

ANDREI STETSYK

V.    Case Number:  2:20-cv-03941-FLA (RAOx)

KELLY MITCHELL GROUP, INC., et al.

Judgment was entered in this action on  4/16/2021 / 65  against  Plaintiff Andrei Stetsyk .
                                        Date        Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1): | $458.32 |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | $15,625.26 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | $16,083.58 |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✔] The Court's CM/ECF System

[✔] Conventional service by first class mail

[ ] Other _____

/s/Jamin Xu                                          Jamin Xu
Signature                                            Print Name

Attorney for: Defendants KELLY MITCHELL GROUP, INC. and XANDR, INC.

Costs are taxed in the amount of _____

_____    By: _____    _____
Clerk of Court                   Deputy Clerk                    Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)**

1

## **PROOF OF SERVICE**

2

3          I, Esperansa Reinold, declare:

4          I am a citizen of the United States and employed in Los Angeles County,
California.  I am over the age of eighteen years and not a party to the within-entitled
action.  My business address is 350 South Grand Avenue, Suite 2300, Los Angeles,
5   California 90071.  On April 30, 2021, I served a copy of the within document(s):

6          **APPLICATION TO THE CLERK TO TAX COSTS**

7   ☒          ELECTRONICALLY: I caused a true and correct copy thereof to be
electronically filed using the Court's Electronic Court Filing ("ECF")
8          System and service was completed by electronic means by transmittal
of a Notice of Electronic Filing on the registered participants of the
9          ECF System. I served those parties who are not registered participants
of the ECF System as indicated below.

10

11   ☐          by e-mail or electronic transmission.  Based on an agreement of the
parties to accept service by e-mail or electronic transmission, I caused
12          the documents to be sent on the date shown below to the e-mail
addresses of the persons listed below.

13

14   Danny Yadidsion                    Attorneys for Plaintiff
Labor Law PC                        Andrei Stetsyk
15   100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401              [Registered participants
16   Telephone:  310-494-6082            of the ECF System]
Facsimile:  877-775-2267
17   E-mail: Danny@LaborLawPC.com
         patrick.martinez@laborlawpc.com

18
Tamara I. Devitt                    Attorneys for Defendant
19   Matthew E. Costello                 Xandr Inc.
Haynes and Boone, LLP
20   600 Anton Blvd., Suite 700          [Registered participants
Costa Mesa, CA 92626                of the ECF System]
21   Telephone:  949-202-3000
Facsimile:  949-202-3001
22   E-mail:  tamara.devitt@haynesboone.com
         matthew.costello@haynesboone.com

23
         I declare under penalty of perjury under the laws of the United States of
24   America that the above is true and correct.

25          Executed on April 30, 2021, at Los Angeles, California.

26

27   _____
ESPERANSA REINOLD

28