# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

ANDREI STETSYK

V.          Case Number: 2:20-cv-03941-FLA (RAOx)

KELLY MITCHELL GROUP, INC., et al.

Judgment was entered in this action on __4/16/2021__ / __65__ against __Plaintiff Andrei Stetsyk__.
                                        Date        Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | $458.32 |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | $12,882.26 ~~$15,625.26~~ |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | $13,340.58 ~~$16,083.58~~ |

[Annotation pointing to Depositions line: "Videotaped deposition fees withdrawn . Veritext virtual participant fees and video surcharge fees are not taxable pursuant to L.R. 54-3.5"]

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✔] The Court's CM/ECF System
[✔] Conventional service by first class mail
[ ] Other _____

/s/Jamin Xu                         Jamin Xu
Signature                               Print Name

Attorney for: Defendants KELLY MITCHELL GROUP, INC. and XANDR, INC.

Costs are taxed in the amount of __$13,340.58__

Kiry Gray          By: [signature]          June 15, 2021
Clerk of Court            Deputy Clerk              Date